FILED

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
_____ Division

2015 APR 14   AM 9: 17

U.S. BANKRUPTCY COURT
RICHMOND DIVISION

In re Daphane Green

Case No. 15-31883

Chapter \_\_\_\_\_

Debtor(s)

## COVER SHEET FOR LIST OF CREDITORS

I hereby certify under penalty of perjury that the master mailing list of creditors submitted either on computer diskette or by a typed hard copy in scannable format, with Request for Waiver attached, is a true, correct and complete listing to the best of my knowledge.

I further acknowledge that (1) the accuracy and completeness in preparing the creditor listing are the shared responsibility of the debtor and the debtor's attorney, (2) the court will rely on the creditor listing for all mailings, and (3) that the various schedules and statements required by the Bankruptcy Rules are not used for mailing purposes.

Master mailing list of creditors submitted via:

(a) _____ computer diskette listing a total of \_\_\_\_\_ creditors; or

(b) ✓ scannable hard copy, with Request for Waiver attached, consisting of \_\_\_\_\_ pages, listing a total of \_\_\_\_\_ creditors

_Daphane Green_
Debtor

_____
Joint Debtor

Date: 4-14-15    *[Check if applicable]* \_\_\_\_\_ Creditor(s) with foreign addresses included on disk/hard copy.

[diskcs ver. R-1/2003]

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

_____Division

In re  Daphane Green

Case No.  # 15-31883

Debtor(s)              Chapter

## REQUEST FOR WAIVER

The debtor(s) hereby request(s) that the Court waive the requirement of the mailing matrix submission on a computer diskette as required by LBR 1007-1. Due to financial constraints and the inability to access the equipment necessary to comply with this requirement, the petitioner requests acceptance of the matrix submitted in the hard-copy scannable format.

The debtor understands that if the court denies the request, the debtor or the attorney for the debtor shall submit the list of creditors on computer diskette no later than three (3) business days after the clerk's notification that the request has been denied.

_____
Debtor  *Daphane Green*

_____
Joint Debtor

Date: 4-14-15

(ver. 4/1/2003)

TRANSWORLD STSTEM
2235 MERCURY WAY
SANTA ROSA CA 95407

ALLIANCE
4850 E STREET RD
TREVOSE, PA 19053

CAPITAL ONE BANK
P.O. BOX 30281
SALT LAKE CITY UT 84130

IC SYSTEMS
P.O. BOX 64378
SAINT PAUL MN 55164

MABT
P.O. BOX 11743
WILMINGTON DE 19850

ALLIANCE ONE
1684 WOOLANDS DR.
MAUMEE OH 3537

CKS FINANCIAL
505 INDEPENCD PKWY
CHESAPEAKE VA 23320

HSBC
P.O. BOX 6
BUFFALO NY 14240

MEDICREDIT INC
P.O. BOX 1629
MARYLAND HEIGHTS MO 63043

BBC FINANCIAL
P.O. BOX 590097
FT LANUDERDALE FL 33359

NATIONAL
P.O. BOX 497
LAYTON UT 84041

CONVERGENT

Case #
15-31883
10168 Grand Oak a
Richmond, Va.
23233




P. O. BOX 9004
REENTON WA 98057

Tidewater Credit Services
P.O. Box 15243
Chesapeake VA 23328

American Family
P.O. Box 497
Layton UT 84041

Cheropratic Wellness
601 N Courthouse Rd
Richmond VA 23233

Total Recovery
P.O. Box 1048
Lakeville MA 02347

Henico Doctors
P.O. Box 99587
Louisville KY 40269

ACS
501 Bleecker ST
Utica NY 13501

Verizon
500 Technology Dr.
Weldon Springs MO 63304

Sprint
9796 Midothian Turnpike
Richmond VA 23233

House Hold Credit
1154 Shenadoah Village Dr.
Waynesboro VA 22980

Richmond City Court
400 No. 9th st
Richmond VA 23219

Aes Suntrust Bank
P.O. Box 2461
Harrisonberg PA 17105

Direct TV
2230 E Imperial Hwy
El Sequndo CA 90245

Ameri Credit
200 Bailey Ave
Forth Worth TX 76107

Drive Time
P.O. Box 29018
Phoenix AZ 85038

Transworld System
2235 Mercury way
Santa Rosa CA 95407

Alliance
4850 E Street RD
Trevose PA 19053

Capital One Bank
P.O./ Box 30281
Salt Lake City UT 84130

IC Systems
P.O. Box 6438
Saint Paul MN 55164

MABT
P.O. Box 11743
Willmington DE 19850

Alliance one
1684 Woodlands DR
Maumee Oh 43537

CKS
505 Independent Pkwy
Chesapeake VA 23320

HSBC
P.O. Box 6
Bufflao NY 14240

Medicredit INC

P.O. Box 1629
Maryland Height MO 63043

Radiology
P.O. Box 13343
Richmond VA 23225

Herico Doctors
P.O.Box 13620
Richmond VA 23225

Pay Pea
800 SW 39th st
Renton WA 98057

St Mary's
5801 Breno Rd
Richmond VA 3226

Henico
7700 East Paham Rd
Richmond VA 23294

MCV
5 East Franklin
Richmond VA 23219

Suntrust
P.O. Box 89
Columbus OH 43216

Charles Sutton
P.O. Box 26151
Richmond VA 23260

Parham Doctors
P.O. Box 32710
Lousiville KY 40232

West Asset
2703 N Highway 75
Sherman TX 75092

J L Watson
326 S Main ST
Emporia VA 23847

Portfolio Recovery
120 Corporate Blvd
Norfolk VA 23505

Well Fargo
301 E 58th
Sioux Falls SD 57104

First Premierr Bank
601 Minnesota Ave
Sioux Falls SD 57104